UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. HECTOR PAGAN, 21-cr-936

## PETITION FOR WRIT OF HABEAS CORPUS

( **X** ) Ad Prosequendum          (   ) Ad Testificandum

1. Hector Pagan (hereinafter the "Pagan") is now confined at the **Middlesex County Jail**.

2. The Detainee is charged in this District by petition with violations to the terms of his supervised release, including for committing another federal, state, or local crime while on federal supervised release.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the MLK Jr. Federal Building and U.S. Courthouse, Courtroom 5C, Newark New Jersey, before the Hon. Susan D. Wigenton, U.S. District Judge, on **July 24, 2024**, at **12:30p.m.**, for a violation of supervised release hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   July 19, 2024

*/s/ Robert Taj Moore*
_____
Robert Taj Moore
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: July 19, 2024

                                                            Hon. Susan D. Wigenton, U.S.D.J.

# WRIT OF HABEAS CORPUS

The United States of America to Warden of the **Middlesex County Jail**:

WE COMMAND YOU that you have the body of

**HECTOR PAGAN**,

now confined at the Middlesex County Jail, brought before the United States District Court, the Hon. Susan D. Wigenton, U.S. District Judge, in the MLK Jr. Federal Building and U.S. Courthouse, Courtroom 5C, in Newark, on July 24, 2024 at 12:30p.m., for a violation of supervised release hearing in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable Susan D. Wigenton
        United States District Judge
        Newark, New Jersey.

DATED:  July 19, 2024                    WILLIAM T. WALSH
                                                  Clerk of the U.S. District Court
                                                  for the District of New Jersey

                                                  Per:  Carmen D. Soto
                                                            Deputy Clerk